THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATTY ALLEN, Individually and as Representative
of the Estate of Steven David Allen                                                  PLAINTIFF

v.                            Case No. 1:19-cv-00059-KGB

LOADMASTER CORPORATION, et al.                                              DEFENDANTS

# ORDER

Before the Court is defendant TLG Operations, LLC's ("TLG") motion to dismiss defendant Loadmaster Corporation's ("Loadmaster") crossclaim for failure to state a claim or, in the alternative, for more definite statement (Dkt. No. 27). Loadmaster's answer to plaintiff's first amended complaint and crossclaim argues that "Loadmaster hereby crossclaims against all other defendants in this case for apportionment of fault and Loadmaster's entitlement to apportionment of fault." (Dkt. No. 20, ¶ 117). Loadmaster agrees that the challenged crossclaim "can be dismissed without prejudice at this time." (Dkt. No. 30, ¶ 2). Therefore, for good cause shown, the Court grants TLG's motion to dismiss without prejudice Loadmaster's crossclaim against TLG.

It is so ordered this 13th day of September, 2021.

_____
Kristine G. Baker
United States District Judge